**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**


**UNITED STATES OF AMERICA**

                Plaintiff,                COURT NO: **04-40217**

-vs-

                                    HONORABLE: **Thomas L. Ludington**

**JUANITA  WATSON**

                Defendant,
and

**BANK OF AMERICA (ANY AND ALL ACCOUNTS),**

                **Garnishee./**


### GARNISHEE ORDER


A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and the

Garnishee filed an answer on **October 12, 2010**, stating that at the time of the service of the Writ he/she

had in his/her possession, or under control personal property belonging to and due Defendant.

On **October 5, 2010** the Defendant was notified of his/her right to a hearing and **has not**

requested a hearing to determine exempt property.

The United States is entitled to receive a surcharge, which is ten (10%) percent of the

outstanding debt pursuant to 28 U.S.C.§3011.  Defendant shall pay the surcharge.

IT IS ORDERED that Garnishee pay **$80.03** to the U.S. Department Of  Justice.

                                   s/Thomas L. Ludington
                                   THOMAS L. LUDINGTON
                                   United States District Judge


Dated: December 2, 2010

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 2, 2010.

s/Tracy A. Jacobs
TRACY A. JACOBS